# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA WETLANDS, LLC AND NEW 90, LLC

NO.  2020 CW 0710

VERSUS

ENERGEN RESOURCES CORPORATION, CHEVRON USA, INC., SOUTHERN NATURAL GAS COMPANY, LLC, EP ENERGY E&P COMPANY, LP, AND BRAMMER ENGINEERING, INC.

OCTOBER 26, 2020

---

In Re:    New 90, LLC, and James J. Bailey, III, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 130527.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.** Once a judgment with appropriate decretal language is issued by the district court, such a ruling will represent a final, appealable judgment. See La. Code Civ. P. art. 1915(A)(1).

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT